## N.E. LEASING, LLC *v.* LEONARD PAOLETTA, TRUSTEE, ET AL.

The petition by the defendants Leonard Paoletta and Nicholas E. Owen II for certification for appeal from the Appellate Court, 89 Conn. App. 766 (AC 25167), is denied.

SULLIVAN, C. J., and ZARELLA, J., did not participate in the consideration or decision of this petition.

*James M. Nugent,* in support of the petition.

*Marion B. Manzo,* in opposition.

Decided September 20, 2005

## STATE OF CONNECTICUT *v.* RHODERICK BOYD

The defendant's petition for certification for appeal from the Appellate Court, 89 Conn. App. 1 (AC 25174), is denied.

*Mark Rademacher,* assistant public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.